```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

JAN LIGAS,                           )
                                     )
            Plaintiff,               )
                                     )
      vs.                            )    No. 4:06-CV-00798 (CEJ)
                                     )
IPD SALES & MARKETING, L.L.C.,       )
d/b/a/ ASATI WORLDWIDE, and          )
OOO AIR STRUCTURES AMERICAN          )
TECHNOLOGIES AND INVESTMENT,         )
                                     )
            Defendants.              )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2006.