```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

JAN LIGAS,                            )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )      No. 4:06-CV-798 (CEJ)
                                      )
IPD SALES & MARKETING, L.L.C.,        )
d/b/a/ ASATI WORLDWIDE, and           )
OOO AIR STRUCTURES AMERICAN           )
TECHNOLOGIES AND INVESTMENT,          )
                                      )
            Defendants.               )

**ORDER**

On March 20, 2007, the Court granted plaintiff's motion to compel production and directed plaintiff to submit a verified statement of the costs and attorneys' fees reasonably incurred in connection with the motion to compel. Plaintiff has submitted a verified statement setting forth attorneys' fees and costs in the total amount of $6,178.00.

Defendant objects to the verified statement on the ground that plaintiff failed to confer with defense counsel before filing the motion to compel. The Court finds that plaintiff satisfied his obligation under Rule 37(a)(4)(A) by making a good faith effort to obtain discovery materials without court action before he filed his motion to compel. Defendants also object that they should not be assessed the costs of plaintiff's e-mail communications with his

client regarding the motion to compel. The Court finds that these fees were reasonably incurred in bringing the motion to compel.

After reviewing the verified statement, the Court concludes that the attorneys' fees and expenses incurred by plaintiff in bringing the motion to compel are reasonable and that the motion was necessitated by the conduct of the defendants.

Accordingly,

**IT IS HEREBY ORDERED** that the defendants shall pay to plaintiff and his attorney the sum of $6,178.00 **not later than May 1, 2007.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2007.